Enter/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG DELIA, | Case No. EDCV 09-1353 AN |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and that this action is dismissed with prejudice.

DATED: March 17, 2010

ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE